UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PHILIP C. TOBIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-53-B-W |
| | ) |
| INTERNAL REVENUE SERVICE COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 26, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss (Docket # 13) is hereby GRANTED; the Plaintiff's Motion for Declaratory Judgment (Docket # 3) is hereby DENIED; and, the Plaintiff's Motions to Amend or otherwise doctor his Complaint (Docket #'s 14, 16 and 17) are hereby DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2007